AO 243 (Rev. 09/17)

## MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT
## SENTENCE BY A PERSON IN FEDERAL CUSTODY

| United States District Court | District | |
|---|---|---|
| Name *(under which you were convicted):* William Clayton Brown | | Docket or Case No.: 23-7041 |
| Place of Confinement: 3200 S, Kings Hwy, Cushing, Okla, 74023 | Prisoner No.: 09637-509 | |
| UNITED STATES OF AMERICA | Movant *(include name under which convicted)* | |
| v. William Clayton Brown | | |

### MOTION

1.  (a) Name and location of court which entered the judgment of conviction you are challenging:

In the united states District Court for the Eastern District of Oklahoma,

(b) Criminal docket or case number (if you know): 23-7041

2.  (a) Date of the judgment of conviction (if you know): _____

(b) Date of sentencing: _____

3.  Length of sentence: Life

4.  Nature of crime (all counts):

Murder in Indian Country, first Degree

**FILED**

AUG – 8 2025

BONNIE HACKLER
Clerk, U.S. District Court

By_____
Deputy Clerk

5.  (a) What was your plea? (Check one)

(1) Not guilty ☒          (2) Guilty ☐          (3) Nolo contendere (no contest) ☐

6.  (b) If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, what did you plead guilty to and what did you plead not guilty to?

6.  If you went to trial, what kind of trial did you have? (Check one)     Jury ☒     Judge only ☐

7.  Did you testify at a pretrial hearing, trial, or post-trial hearing?     Yes ☐     No ☒

AO 243 (Rev. 09/17)

8. Did you appeal from the judgment of conviction?    Yes ☒    No ☐

9. If you did appeal, answer the following:

   (a) Name of court: Eastern District of Oklahoma

   (b) Docket or case number (if you know): 23-7041

   (c) Result: ?

   (d) Date of result (if you know): _____

   (e) Citation to the case (if you know): _____

   (f) Grounds raised: Self defense, Broken Jaw was atacted in my sleep, Took X-rays, X-rays was not showed in trail, wrote letter after the fact

   (g) Did you file a petition for certiorari in the United States Supreme Court?    Yes ☐    No ☒

   If "Yes," answer the following:

   (1) Docket or case number (if you know): _____

   (2) Result: _____

   (3) Date of result (if you know): _____

   (4) Citation to the case (if you know): _____

   (5) Grounds raised:

10. Other than the direct appeals listed above, have you previously filed any other motions, petitions, or applications, concerning this judgment of conviction in any court?
    Yes ☐    No ☐    I dont know

11. If your answer to Question 10 was "Yes," give the following information:

    (a) (1) Name of court: _____

       (2) Docket or case number (if you know): _____

       (3) Date of filing (if you know): _____

Page 3 of 13

AO 243 (Rev. 09/17)

(4)    Nature of the proceeding: _____

(5)    Grounds raised:

(6)    Did you receive a hearing where evidence was given on your motion, petition, or application?

Yes ☒        No ☐

(7)    Result: _____

(8)    Date of result (if you know): _____

(b)    If you filed any second motion, petition, or application, give the same information:

(1)    Name of court: _10th Bercit_____

(2)    Docket of case number (if you know): _____

(3)    Date of filing (if you know): _____

(4)    Nature of the proceeding: _____

(5)    Grounds raised:

(6)    Did you receive a hearing where evidence was given on your motion, petition, or application?

Yes ☒        No ☐

(7)    Result: _____

(8)    Date of result (if you know): _____

(c)    Did you appeal to a federal appellate court having jurisdiction over the action taken on your motion, petition, or application?

(1)    First petition:        Yes ☒        No ☐

(2)    Second petition:    Yes ☐        No ☐

(d)    If you did not appeal from the action on any motion, petition, or application, explain briefly why you did not:

AO 243 (Rev. 09/17)

12. For this motion, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. Any legal arguments must be submitted in a separate memorandum.

**GROUND ONE:** _Ineffective assistance of Counsel, my Lawyers did not investigate the defense, to See if it was a wise strategy to raise it,_

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

_I had my Jaw Broken and had X-rays and the X-rays was not Brought in my Trail to Show the Jurry. The X rays was my Self defense If the xrays would of been in my trail I would of got a diffent out Come, my Attorneys did not investagate this and they told me they had the X-rays they Lied to me numorise times and they Went never Brought them up in my trail, I wouldn't have gottn "Life", If the X-rays was Brought in on my trail I Wouldn't have got life I would of got Second degRee Insted of first degree,_

(b) **Direct Appeal of Ground One:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐    No ☒

(2) If you did not raise this issue in your direct appeal, explain why: _It wasnt my Attoreys Should of had the X-rays but did not have them in my trail for Jurys_

(c) **Post-Conviction Proceedings:**

(1) Did you raise this issue in any post-conviction motion, petition, or application?

Yes ☐    No ☒

(2) If you answer to Question (c)(1) is "Yes," state:

Type of motion or petition:

Name and location of the court where the motion or petition was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(3) Did you receive a hearing on your motion, petition, or application?

Yes ☐    No ☒

AO 243 (Rev. 09/17)

(4)  Did you appeal from the denial of your motion, petition, or application?

Yes ☐    No ☒

(5)  If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?

Yes ☐    No ☐

(6)  If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(7)  If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: I'm raiseing it now in the 2255

**GROUND TWO:** Ineffectvce assistance of Counsel, my Lawers did not give me enough advice about my plea offer,

(a)  Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

I was offerd 40 years my Attoreys did not give me the information I needed in order to make a knowing and intelligent decision about whether or not to accept the plea offer, I would of sign the 40 year deal if I had the information I needed It hurt my case, If I would of Sign I would of not got life, I want to sign I would Like the 40 year's C.C back on the plea offer please It would of been better for me if I would of Sign, my lawyers did not give me enough information,

(b)  **Direct Appeal of Ground Two:**

(1)  If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐    No ☒

AO 243 (Rev. 09/17)

(2)   If you did not raise this issue in your direct appeal, explain why:

*I'm raising it new in the 2255*

(c)  **Post-Conviction Proceedings:**

(1)   Did you raise this issue in any post-conviction motion, petition, or application?
      Yes ☐      No ☒

(2)   If you answer to Question (c)(1) is "Yes," state:

Type of motion or petition:

Name and location of the court where the motion or petition was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(3)   Did you receive a hearing on your motion, petition, or application?
      Yes ☐      No ☒

(4)   Did you appeal from the denial of your motion, petition, or application?
      Yes ☐      No ☒

(5)   If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?
      Yes ☐      No ☐

(6)   If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(7)   If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: *I'm raising it new in the 2255*

AO 243 (Rev. 09/17)

**GROUND THREE:** Ineffective assistance of Counsel (IAC). Constitutinally inadequate representation,

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

my Lawyers did not defend me adequately in Court Before trial and at trail, They did not investigate my Cuse, did not have my X-rays of my Broken Jaw If theywould have I would of got a Second degree murder insted of first degree

(b) **Direct Appeal of Ground Three:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐    No ☒

(2) If you did not raise this issue in your direct appeal, explain why:

I'm raising now in the 2255

(c) **Post-Conviction Proceedings:**

(1) Did you raise this issue in any post-conviction motion, petition, or application?

Yes ☐    No ☒

(2) If you answer to Question (c)(1) is "Yes," state:

Type of motion or petition:

Name and location of the court where the motion or petition was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(3) Did you receive a hearing on your motion, petition, or application?

Yes ☐    No ☒

(4) Did you appeal from the denial of your motion, petition, or application?

Yes ☐    No ☒

(5) If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?

Yes ☐    No ☐

Page 8 of 13

AO 243 (Rev. 09/17)

(6)  If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(7)  If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

I'm raising it now in the 2255

**GROUND FOUR:**

(a)  Supporting facts (Do not argue or cite law.  Just state the specific facts that support your claim.):

(b)  **Direct Appeal of Ground Four:**

    (1)  If you appealed from the judgment of conviction, did you raise this issue?

       Yes ☐     No ☐

    (2)  If you did not raise this issue in your direct appeal, explain why:

(c)  **Post-Conviction Proceedings:**

    (1)  Did you raise this issue in any post-conviction motion, petition, or application?

       Yes ☐     No ☐

    (2)  If you answer to Question (c)(1) is "Yes," state:

AO 243 (Rev. 09/17)

Type of motion or petition:

Name and location of the court where the motion or petition was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(3)   Did you receive a hearing on your motion, petition, or application?

Yes ☐      No ☐

(4)   Did you appeal from the denial of your motion, petition, or application?

Yes ☐      No ☐

(5)   If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?

Yes ☐      No ☐

(6)   If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(7)   If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

13.   Is there any ground in this motion that you have not previously presented in some federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them:

AO 243 (Rev. 09/17)

14. Do you have any motion, petition, or appeal <u>now pending</u> (filed and not decided yet) in any court for the you are challenging?    Yes ☐    No ☒

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised.

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment you are challenging:

(a) At the preliminary hearing: (Alexis Gardner, Robert Ridenour,)    Michael W. Noland    Lance B. Phillips

(b) At the arraignment and plea: Alexis Gardner, Robert Ridenour)    Michael W. Noland    Lance B phillips

(c) At the trial: Alexis Gardner) & Robert Ridenour) &

(d) At sentencing: Same Names

(e) On appeal: Shira Kieval

(f) In any post-conviction proceeding: Same Names

(g) On appeal from any ruling against you in a post-conviction proceeding:

Shira Kieval

16. Were you sentenced on more than one court of an indictment, or on more than one indictment, in the same court and at the same time?    Yes ☒    No ☐

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?    Yes ☒    No ☐

(a) If so, give name and location of court that imposed the other sentence you will serve in the future:

eastern district of Oklahoma, 2nd degree murder

(b) Give the date the other sentence was imposed:

(c) Give the length of the other sentence: 25 Years

(d) Have you filed, or do you plan to file, any motion, petition, or application that challenges the judgment or sentence to be served in the future?    Yes ☒    No ☐

AO 243 (Rev. 09/17)

18.   TIMELINESS OF MOTION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2255 does not bar your motion.*

---

* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2255, paragraph 6, provides in part that:

A one-year period of limitation shall apply to a motion under this section. The limitation period shall run from the latest of –
   (1)   the date on which the judgment of conviction became final;
   (2)   the date on which the impediment to making a motion created by governmental action in violation of the Constitution or laws of the United States is removed, if the movant was prevented from making such a motion by such governmental action;
   (3)   the date on which the right asserted was initially recognized by the Supreme Court, if that right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or
   (4)   the date on which the facts supporting the claim or claims presented could have been discovered through the exercise of due diligence.

AO 243 (Rev. 09/17)

Therefore, movant asks that the Court grant the following relief:
I Respectfuly ask the Court If I Can take the 40 year deal back
or grant me relief & let me Sign 2nd degree murder & take the
or any other relief to which movant may be entitled. Life off & give me Some numbers
please. Thank you    Respectfuly

_____
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Motion
under 28 U.S.C. § 2255 was placed in the prison mailing system on ___8-2-2025___ .
(month, date, year)

Executed (signed) on ___8/2/2025___ (date)

William Clayton Brown
Signature of Movant

If the person signing is not movant, state relationship to movant and explain why movant is not signing this motion.